# EXHIBIT A

US007629964B2

(12) **United States Patent**

Griffin et al.

(10) **Patent No.:** US 7,629,964 B2

(45) **Date of Patent:** *Dec. 8, 2009

(54) **HAND-HELD ELECTRONIC DEVICE WITH A KEYBOARD OPTIMIZED FOR USE WITH THE THUMBS**

(75) Inventors: **Jason T Griffin**, Waterloo (CA); **John A Holmes**, Waterloo (CA); **Mihal Lazaridis**, Waterloo (CA); **Herb A Little**, Waterloo (CA); **Harry R Major**, Waterloo (CA)

(73) Assignee: **Research In Motion Limited**, Waterloo (CA)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **11/740,801**

(22) Filed: **Apr. 26, 2007**

(65) **Prior Publication Data**

US 2007/0242047 A1    Oct. 18, 2007

**Related U.S. Application Data**

(60) Continuation of application No. 10/425,121, filed on Apr. 28, 2003, now Pat. No. 7,227,536, which is a continuation of application No. 09/634,774, filed on Aug. 9, 2000, now Pat. No. 6,611,254, which is a division of application No. 09/106,585, filed on Jun. 29, 1998, now Pat. No. 6,278,442, which is a continuation-in-part of application No. 29/089,942, filed on Jun. 26, 1998, now Pat. No. Des. 416,256.

(51) Int. Cl.
*G09G 5/00* (2006.01)

(52) **U.S. Cl.** ...................................... **345/169**; 345/168

(58) **Field of Classification Search** ......... 345/156–160, 345/162, 168–173; 400/427, 472, 479, 486, 400/489; 341/20–23; D14/191–192, 138, D14/334–335, 346

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,029,915 A | 6/1977 | Ojima |
| 4,449,839 A | 5/1984 | Bleuer |
| D278,341 S | 4/1985 | Scheid |

(Continued)

FOREIGN PATENT DOCUMENTS

| EP | 0267801 A2 | 5/1988 |
|---|---|---|

(Continued)

OTHER PUBLICATIONS

Anonymous: "Triangular Toggle Keys for Touch-Tone Phones"; IBM Technical Disclosure Bulletin, vol. 31, No. 1, Jun. 1, 1988, p. 47-49, New York, US.

(Continued)

*Primary Examiner*—Richard Hjerpe
*Assistant Examiner*—Mansour M Said

(57) **ABSTRACT**

A hand-held electronic device with a keyboard optimized for use with the thumbs is disclosed. In order to operate within the limited space available on a hand-held electronic device, the present invention optimizes the placement and shape of the keys, preferably using keys that are oval or oblong in shape, and that are placed at angles designed to facilitate thumb-typing. The angles at which keys on either side of the keyboard are placed is complimentary.

**26 Claims, 4 Drawing Sheets**



**US 7,629,964 B2**

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D293,241 | S | 12/1987 | Wan et al. |
| D312,628 | S | 12/1990 | Yokoi et al. |
| D313,401 | S | 1/1991 | Tanabe |
| D313,413 | S | 1/1991 | Langton |
| 5,059,048 | A | 10/1991 | Sirkin |
| 5,184,830 | A | 2/1993 | Okada et al. |
| 5,217,295 | A | 6/1993 | Tortola et al. |
| 5,288,158 | A | 2/1994 | Matias |
| D345,158 | S | * 3/1994 | Namba et al. ............... D14/138 |
| 5,336,001 | A | 8/1994 | Lichtenberg |
| 5,337,346 | A | 8/1994 | Uchikura |
| 5,360,280 | A | 11/1994 | Camacho et al. |
| 5,367,298 | A | 11/1994 | Axthelm |
| D357,253 | S | 4/1995 | Wong |
| 5,410,141 | A | 4/1995 | Koenck et al. |
| 5,410,333 | A | 4/1995 | Conway |
| 5,416,730 | A | 5/1995 | Lookofsky |
| 5,426,449 | A | 6/1995 | Danziger |
| D359,920 | S | 7/1995 | Sakamoto |
| 5,436,954 | A | 7/1995 | Nishiyama et al. |
| 5,436,960 | A | 7/1995 | Campana, Jr. et al. |
| 5,457,454 | A | 10/1995 | Sugano |
| D367,043 | S | 2/1996 | Ross et al. |
| 5,500,643 | A | * 3/1996 | Grant ........................... 341/22 |
| 5,543,787 | A | 8/1996 | Karidis et al. |
| 5,563,631 | A | * 10/1996 | Masunaga ................... 345/169 |
| 5,575,576 | A | 11/1996 | Roysden, Jr. |
| 5,600,790 | A | 2/1997 | Barnstijn et al. |
| 5,606,712 | A | 2/1997 | Hidaka |
| 5,611,031 | A | 3/1997 | Hertzfeld et al. |
| D381,021 | S | 7/1997 | Williams et al. |
| 5,659,307 | A | 8/1997 | Karidis et al. |
| 5,661,605 | A | 8/1997 | Conway |
| D383,756 | S | 9/1997 | Henderson et al. |
| 5,672,108 | A | 9/1997 | Lam et al. |
| D386,497 | S | * 11/1997 | Huslig et al. ............... D14/191 |
| 5,689,253 | A | 11/1997 | Hargreaves et al. |
| D390,509 | S | 2/1998 | Antzinas et al. |
| 5,737,394 | A | 4/1998 | Anderson et al. |
| 5,786,776 | A | 7/1998 | Kisaichi et al. |
| D397,369 | S | 8/1998 | Rissman |
| 5,797,089 | A | 8/1998 | Nguyen |
| D397,728 | S | 9/1998 | Yuen et al. |
| D399,537 | S | 10/1998 | Chi et al. |
| 5,818,437 | A | 10/1998 | Grover et al. |
| 5,825,353 | A | 10/1998 | Will |
| 5,827,082 | A | 10/1998 | Laine |
| D402,572 | S | 12/1998 | Han |
| D403,362 | S | 12/1998 | Fai |
| 5,861,821 | A | 1/1999 | Kato et al. |
| 5,861,823 | A | 1/1999 | Strauch et al. |
| 5,893,798 | A | 4/1999 | Stambolic et al. |
| 5,915,228 | A | 6/1999 | Kunihiro et al. |
| 5,920,308 | A | 7/1999 | Kim |
| 5,930,703 | A | 7/1999 | Cairns |
| 5,931,873 | A | 8/1999 | Cisar |
| 5,963,197 | A | 10/1999 | Bacon et al. |
| 5,966,098 | A | 10/1999 | Qi et al. |
| 5,974,238 | A | 10/1999 | Chase, Jr. |
| D416,024 | S | * 11/1999 | Johansson et al. .......... D14/247 |
| D416,256 | S | 11/1999 | Griffin et al. |
| 5,982,520 | A | 11/1999 | Weiser et al. |
| 6,005,496 | A | 12/1999 | Hargreaves et al. |
| 6,006,351 | A | 12/1999 | Peretz et al. |
| 6,009,333 | A | 12/1999 | Chaco |
| 6,014,429 | A | 1/2000 | LaPorta et al. |
| 6,014,573 | A | 1/2000 | Lehtonen et al. |
| 6,018,651 | A | 1/2000 | Bruckert et al. |
| D420,351 | S | 2/2000 | Waldner |
| 6,023,779 | A | 2/2000 | Fullam et al. |
| 6,046,732 | A | 4/2000 | Nishimoto |

| | | | |
|---|---|---|---|
| 6,047,047 | A | 4/2000 | Aldridge et al. |
| 6,047,196 | A | 4/2000 | Makela et al. |
| 6,047,197 | A | 4/2000 | Jarrad |
| 6,049,796 | A | * 4/2000 | Siitonen et al. ................. 707/3 |
| 6,052,070 | A | 4/2000 | Kivela et al. |
| 6,084,576 | A | 7/2000 | Leu et al. |
| 6,091,956 | A | 7/2000 | Hollenberg |
| 6,094,197 | A | 7/2000 | Buxton et al. |
| 6,102,594 | A | 8/2000 | Strom |
| 6,103,979 | A | 8/2000 | Motoyama et al. |
| 6,105,871 | A | 8/2000 | Campo et al. |
| 6,107,988 | A | 8/2000 | Phillipps et al. |
| D432,511 | S | 10/2000 | Eckholm |
| D433,017 | S | 10/2000 | Martinez |
| D433,460 | S | 11/2000 | Griffin et al. |
| 6,148,261 | A | 11/2000 | Obradovich et al. |
| 6,157,323 | A | 12/2000 | Tso et al. |
| D436,591 | S | 1/2001 | Abston et al. |
| 6,212,412 | B1 | 4/2001 | Rogers et al. |
| D441,733 | S | 5/2001 | Do et al. |
| 6,243,789 | B1 | 6/2001 | Hasbun et al. |
| 6,278,442 | B1 | 8/2001 | Griffin et al. |
| 6,295,052 | B1 | 9/2001 | Kato et al. |
| 6,297,795 | B1 | 10/2001 | Kato et al. |
| 6,304,261 | B1 | 10/2001 | Shields et al. |
| 6,304,431 | B1 | 10/2001 | Kim |
| 6,310,609 | B1 | 10/2001 | Morgenthaler |
| D451,079 | S | 11/2001 | Ali |
| D454,349 | S | 3/2002 | Makidera et al. |
| D454,849 | S | 3/2002 | Eckholm |
| 6,356,258 | B1 | 3/2002 | Kato et al. |
| 6,374,277 | B2 | 4/2002 | Vong et al. |
| D456,794 | S | 5/2002 | Laverick et al. |
| 6,385,463 | B1 | 5/2002 | Lieberman et al. |
| 6,396,482 | B1 | 5/2002 | Griffin et al. |
| D458,239 | S | 6/2002 | Shim et al. |
| D459,327 | S | 6/2002 | Ali |
| D460,068 | S | 7/2002 | Lanzaro et al. |
| D460,493 | S | 7/2002 | Griffin et al. |
| D461,803 | S | 8/2002 | Griffin et al. |
| 6,452,588 | B2 | 9/2002 | Griffin et al. |
| D464,995 | S | 10/2002 | Griffin et al. |
| 6,459,968 | B1 | 10/2002 | Kochie |
| D467,917 | S | * 12/2002 | Tischer ...................... D14/345 |
| 6,489,950 | B1 | 12/2002 | Griffin et al. |
| 6,507,336 | B1 | 1/2003 | Lunsford |
| D472,225 | S | 3/2003 | Griffin |
| 6,535,749 | B1 | 3/2003 | Iwata et al. |
| 6,538,651 | B1 | 3/2003 | Hayman et al. |
| D472,551 | S | 4/2003 | Griffin |
| D476,985 | S | 7/2003 | Griffin |
| D478,585 | S | 8/2003 | Griffin |
| 6,611,254 | B1 | 8/2003 | Griffin et al. |
| 6,611,255 | B2 | 8/2003 | Griffin et al. |
| D479,233 | S | 9/2003 | Griffin |
| D479,714 | S | 9/2003 | Donner |
| D480,722 | S | 10/2003 | Griffin |
| 6,630,924 | B1 | 10/2003 | Peck |
| D482,353 | S | 11/2003 | Helin |
| 6,647,367 | B2 | 11/2003 | McArthur et al. |
| 6,731,227 | B2 | 5/2004 | Horie |
| 6,873,317 | B1 | 3/2005 | Griffin et al. |
| 2001/0044828 | A1 | 11/2001 | Kikinis |
| 2001/0048589 | A1 | 12/2001 | Brandenberg |
| 2002/0054676 | A1 | 5/2002 | Zhao et al. |
| 2003/0006968 | A1 | 1/2003 | Solomon |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| EP | 0278169 | A2 | 8/1988 |
| EP | 0538020 | A1 | 4/1993 |
| EP | 0685801 | A1 | 12/1995 |
| EP | 0732646 | A2 | 9/1996 |

**US 7,629,964 B2**

Page 3

| EP | 0760291 | A2 | 3/1997 |
| EP | 1143327 | A1 | 10/2001 |
| JP | 64-35429 | | 8/1987 |
| JP | H04-102911 | | 4/1992 |
| WO | 96/04618 | A1 | 2/1996 |
| WO | 98/33111 | A1 | 7/1998 |
| WO | 99/37025 | A1 | 7/1999 |
| WO | 00/30381 | A1 | 5/2000 |
| WO | 00/38041 | A1 | 6/2000 |
| WO | 00/74240 | A1 | 12/2000 |
| WO | 01/50335 | A1 | 7/2001 |

OTHER PUBLICATIONS

"Programmable Claculators: Hewlett-Packard HP-200LX," Viktor T. Toth, copyr. 2001, 2002, from web page at www.rskey.org/hp2001x.htm.

Portion (pp. 1-7) of "Motorola Inc.'s First Supplemental Response to First set of Interrogatories (No. 14)" and Exhibit A appended to the Response; Jul. 15, 2009.

Photo of Motorola Page Writer 2000 Product, noted in Table 1 of p. 7 of of Cite No. 1; photo date unknown, product said by Motorola to be available in early 1997.

Photo of Motorola Page Writer 250 Product, noted in Table 1 of p. 7 of Cite No. 1; photo date unknown, product said by Motorola to be available in early 1997.

Photo of RIM INter@ctive Pager 800/900, noted in Table 1 of p. 7 of Cite No. 1; photo date unknown, product said by Motorola to be available in 1996.

Photo of Nokia 9000 Communication Product, noted in Table 1 of p. 7 of Cite No. 1; photo date unknown' product said by motorola to be available in 1996.

Photo of RIM 850/950 Product, product announcement, noted in Table 1 of p. 7 of Cite No. 1; photo date unknown, product (RIM 950) said by Motorola to be available on Sep. 1, 1998.

Research In Motion Ltd./RAM Mobile Data Supply Agreement pertaining to RIM 850-950 Product; Jun. 27, 1997.

Photo of Philips Velo 1 Product, noted in Table 1 of p. 7 of Cite No. 1; photo date unknown, product said by Motorola to be available in Aug. 1997.

Photo of NEC Talktime 800 Series Product and product literature, noted in Table 1 of p. 7 of Cite No. 1; photo date unknown, user guide said by Motorola to be available in 1996, 1997.

Photo of AEG 1995 Product, noted in Table 1 of p. 7 of Cite No. 1; photo date unknown, product said by Motorola to be available in 1995.

Photo of Motorola 1997 Product, noted in Table 1 of p. 7 of Cite No. 1; photo date unknown, product said by Motorola to be available in 1997.

Photo of Husky Field Explorer 21 Product, noted in Table 1 of p. 7 of Cite No. 1; photo date unknown, product said by Motorola to be available in Mar./Apr. 1999.

Photo of Motorola t990 Product, noted in Table 1 of p. 7 of Cite No. 1; photo date unknown, product said by Motorola to be available on Jan. 6, 2000.

Photo of RIM 857 Product, noted in Table 1 of p. 7 of Cite No. 1; photo date unknown, product said by Motorola to hanve been released in Oct. 2000.

Photo of Ether Age ClipKee MiniKeyboard Product, noted in Table 1 of page 7 of Cite No. 1; photo date unknown, advertising related to the product said by Motorola to be available Jul. 2001.

Photo of Handspring Treo 180 Product, noted in Table 1 of p. 7 of Cite No. 1; photo of date unknown, product said by Motorola to be available in 1997.

\* cited by examiner



Fig. 1



Fig. 2



Fig. 3



Fig. 4

US 7,629,964 B2

1

## HAND-HELD ELECTRONIC DEVICE WITH A KEYBOARD OPTIMIZED FOR USE WITH THE THUMBS

This application is a continuation of U.S. application Ser. No. 10/425,121 entitled Hand-Held Electronic Device With A Keyboard Optimized For Use With The Thumbs, filed Apr. 28, 2003 now U.S. Pat. No. 7,227,536, which is a continuation of U.S. application Ser. No. 09/634,774, entitled Hand-Held Electronic Device With A Keyboard Optimized For Use With The Thumbs, filed Aug. 9, 2000, (now U.S. Pat. No. 6,611,254) which is a divisional of U.S. application Ser. No. 09/106,585, entitled Hand-Held Electronic Device With A Keyboard Optimized For Use With The Thumbs, filed Jun. 29, 1998 (now U.S. Pat. No. 6,278,442), which is a Continuation-in-Part of U.S. Design application Ser. No. 29/089,942, entitled Hand-Held Messaging Device With Keyboard, filed Jun. 26, 1998 (now U.S. Pat. No. Des. 416,256), and assigned to the assignee of the present invention.

### BACKGROUND OF THE INVENTION

The present invention is directed toward the field of small, hand-held electronic devices such as personal data assistants (PDAs), personal information managers (PIM), two-way pagers and the like. In particular, the system and method of the present invention provide the user of the hand-held device with the ability to input data with a minimal amount of key strokes and optimized for use substantially with the thumbs.

In a two-way paging system that provides two-way, full text messaging, there is a need to permit the user to initiate messages and to respond to messages in a timely fashion and with text entirely created by the user. In order to keep the form factor of the two-way pager small enough to be worn on the body of the user, such as with a belt clip, the input device needs to be small, have a minimal number of keys and optimized for use with a minimal number of key strokes. Prior art systems have attempted to address these needs by incorporating virtual keyboards or pen-based input systems for user inputs to the device, but such systems require the user to input data in an unfamiliar manner. Additionally, in a small hand-held messaging device, such as a two-way pager, these systems prove awkward to use.

In order to provide a hand-held electronic device that permits a user the opportunity to enter data into an address book, a calendar, a task list, an email message or a similar text file that requires user-generated data, the instant invention is directed to an input device that is oriented to be used substantially through use of the thumbs. This is accomplished first by providing a keyboard with a minimal number of keys, but with the keys representing the alphabet generally placed in the same order as they would appear on a standard keyboard, such as in a standard QWERTY or a DVORAK keyboard layout. The use of a keyboard layout that is familiar to the user enables the user to immediately use the device without having to hunt for the keys he or she wishes to use.

Although the layout is similar to a standard keyboard, the keys are placed at an orientation and in a particular shape that attempts to maximize the surface area of the thumb hitting the key and to provide the user with a comfortable position of the hands for data input. Also, the orientation encourages input by the thumbs, which the inventors of the instant invention have discovered to be faster and more accurate in small hand-held electronic devices than touch-typing or "hunting and pecking" typing.

An additional feature of the invention is thus use of an additional input means for control of functions that might

2

otherwise be controlled by a keyboard that included function keys. To encourage data entry using thumbs and again to minimize the number of keys on the keyboard, the instant invention also includes a thumb-wheel for control of menus for section selection of forms and functions relevant to data input. The thumb-wheel is positioned in close proximity to the keyboard to enable the easy transition from thumb-based typing to thumb control of forms and functions.

In addition to hardware features that encourage optimal data entry through the use of thumbs, there are several software features that are designed to minimize keystrokes and aid in entry of data.

The features of this invention, both individually and collectively, have not, to the knowledge of the inventors, been applied to a small hand-held electronic device that requires user-generated data entry. To permit efficient operation of such devices while keeping the form factor of the device small enough to be worn on the body, there is a general need for a hand-held electronic device that can fit in the palm of the hand and that can be operated substantially with the thumbs.

There is a further need for a keyboard for a palm-size data entry device with keys placed at an angle to optimize operation of the keyboard by the use of the thumbs.

There remains another need for a keyboard with keys that are shaped and sized to maximize contact with the thumbs while minimizing the keyboard area required for such keys.

There also remains a need for an auxiliary input device that is to be operated by the thumb for data inputs forms and function control and that, in conjunction with the keyboard, encourages and permits data entry and management through input performed substantially by the thumbs.

There remains still another need for a software-implemented user interface system that is designed, at least in part, to support and encourage data entry through use of the thumbs.

### SUMMARY OF THE INVENTION

The present invention overcomes the problems noted above and satisfies the needs in this field for a hand-held electronic device with a keyboard optimized for use with the thumbs. In the preferred embodiment of the present invention, the hand-held electronic device is a two-way paging device that permits full-text, two-way messaging such as email messaging and that includes standard PDA or PIM features such as an address book, an electronic calendar, a task list and other text-based features. These features require user input of text strings that can be lengthy and that cannot be reduced to pre-determined or "canned" strings. Thus, for such a device, the efficient entry of data in a device meant to fit into the palm of one's hand requires that two goals are achieved. First, the data entry must be relatively easy from a user perspective. This means that the user must be somewhat familiar with analogous forms of data entry and not have to be trained to use the data entry for the hand-held device. Second, the form factor does not permit a large number of keys or keys that are very large. Thus efficient use of the keyboard space is required and functions that might be able to be performed by a standard key board are off-loaded to an auxiliary input device or are performed, through a minimal number of keystrokes that encourage the use of thumb-based data entry.

To accomplish these goals, the invention first optimizes the placement of the keys on the device keyboard. In order to work within the limited space available for the keyboard, it was determined that it was preferable to use keys that were oval or oblong and that were placed at angles designed to facilitate use by thumb typing. An angle for the keys on the

US 7,629,964 B2

3

right side of the keyboard and a complementary angle for the keys on the left side of the keyboard are chosen based upon observation of the angle at which a user will orient his or her thumbs while thumb-typing.

The invention also minimizes the number of keys available for data input. In the preferred embodiment, only keys for the 26 letters of the English alphabet are available as well as a backspace key, a line feed key, an "alt" key, a "cap" key and a space bar. The alt key enables the user in conjunction with the other keys to input numbers and symbols to perform certain functions. The placement of the keys is designed to enhance the user experience while typing with the thumbs by meeting two seemingly opposite goals—minimizing the keyboard footprint while maximizing the likelihood that proper keys will be struck by the thumb-typing user.

The invention also provides additional incentive for the user to use thumb input by providing an input device adjacent to the keyboard, but integral to the overall hand-held device. Although other devices can be used in an auxiliary fashion, the preferred device is a thumbwheel that registers movement of the wheel by measuring the number of indents traversed while rolling the wheel and that also registers as an input the depression or "clicking" of the wheel, which is performed by pressing the wheel toward the back of the pager. This clicking of the wheel is similar to the clicking of a mouse associated with a PC or any other input device that registers the depression of a button. The thumbwheel in the preferred embodiment is placed vertically on the two-way paging device so that the user can easily move his or her thumb from the thumbwheel to the keyboard and back for performing functions and retrieving data forms, such as an e-mail template or address book entry template, for data entry.

Additionally, various software techniques can be implemented to enhance the thumb-typing user's experience in using the device of the instant invention. In the preferred embodiment, for example, the user can change the capitalization of a particular letter simply by keeping a key depressed for a particular length of time without an intermittent release being detected by the keyboard controller.

The primary advantage of the present invention is that it enables efficient and user-friendly data entry into a palm-sized electronic device by maximizing the potential for user data entry through thumb typing.

These are just a few of the many advantages of the present invention, as described in more detail below. As will be appreciated, the invention is capable of other and different embodiments and its several details are capable of modifications in various respects, all without departing from the spirit of the invention. Accordingly, the drawings and description of the preferred embodiment set forth below are to be regarded as illustrative in nature and not restrictive.

BRIEF DESCRIPTION OF THE DRAWINGS

The present invention satisfies the needs noted above as will become apparent from the following description when read in conjunction with the accompanying drawings wherein:

FIG. 1 is a block diagram of a two-way, full-text, messaging device incorporating a keyboard and an auxiliary data entry device;

FIG. 2 is a frontal view of the hand-held device showing the shape and placement of the keys on the keyboard and the auxiliary input device;

FIG. 3 is a diagram showing the shape, size and placement of the keys on the keyboard; and

4

FIG. 4 is a diagram of the control circuitry for the thumbwheel.

DETAILED DESCRIPTION OF THE INVENTION

Referring now to the drawings, FIG. 1 is a block diagram of the major subsystems and elements comprising a palm-sized, mobile, two-way messaging device that preferably incorporates the invention. In its broadest terms, the messaging device includes a transmitter/receiver subsystem 100 connected to a DSP 200 for digital signal processing of the incoming and outgoing data transmissions, power supply and management subsystem 300, which supplies and manages power to the overall messaging device components, microprocessor 400, which is preferably an X86 architecture processor, that controls the operation of the messaging device, display 500, which is preferably a full graphic LCD, FLASH memory 600, RAM 700, serial output and port 800, keyboard 900, thumbwheel 1000 and thumbwheel control logic 1010. In its intended use, a message comes via a wireless data network, such as the Mobitex network, into subsystem 100, where it is demodulated via DSP 200 and decoded and presented to microprocessor 300 for display on display 500. To access the display of the message, the user may choose from functions listed under a menu presented as a result of user interaction with thumbwheel 1000. If the message is an email message, the user may choose to respond to the email by selecting "Reply" from a menu presented on the display through interaction via thumbwheel 1000 or via menu selection from keyboard 900. In typing the reply, the user can use keyboard 900 to type full text message replies, or insert a pre-determined or "canned" response by either a particular keystroke pattern or through pulling down pre-determined text strings from a menu of items presented on display 500 through the use of thumbwheel 1000. When the reply to the message is composed, the user can initiate the sending of the message preferably by interaction through thumbwheel 1000, or alternatively, with less efficiency, through a combination of keyboard 900 keystrokes. When the microprocessor 300 receives an indication that the message is to be sent, it processes the message for transport and, by directing and communicating with transmitter/receiver subsystem 100, enables the reply message to be sent via the wireless communications data network to the intended recipient. Similar interaction through I/O devices keyboard 900 and thumbwheel 1000 can be used to initiate full-text messages or to forward messages to another party. Also, the keyboard 900 and thumbwheel 1000 can be used to permit data entry to an address book resident on the messaging device, or an electronic calendar or log book, or any other function on the messaging device requiring data entry. Preferably, the thumbwheel is a thumbwheel with a push button SPST with quadrature signal outputs, such as that manufactured by Matsushita Electronic Components Co. Ltd. As part number EVQWK2001.

FIG. 2 is a front view of messaging device 10 that incorporates the invention. Shown in FIG. 2 are a plurality of letter keys 901, and specialized keys 902, 903, 904 and 905 and space bar 906. Also shown is thumbwheel 1000 in its vertical orientation and in association with display 500 and keyboard 900. In the preferred embodiment, 902 is the alt key, 903 is the cap key, 904 is the line feed key and 905 is the backspace key.

FIG. 3 is a view of a subset of the letter keys 901, showing dimensions and relative position of the keys. Shown also is the point 950 that marks the center of keyboard 900, key dimensions 970, 971, 972, and 973, as well as angle 960 and the rho value 965, representing curvature of a letter key 901. In investigating optimal key placement on the keyboard, it

US 7,629,964 B2

5

was determined that the keys should be placed at an angle **960** relative to vertical that facilitated easy typing using thumbs. That angle is preferably positive 40 degrees relative to vertical for keys on the right side of the keyboard (where **950** is center of the keyboard) and negative 40 degrees for the keys on the left side of the key board, although complementary angles ranging from 20 degrees to 70 degrees could also be used to accomplish the goal, albeit less optimally, of facilitating thumb typing. Also as shown in FIGS. **2** and **3**, the keys to are dispersed across keyboard **900** evenly so that there is sufficient space between the keys to decrease the opportunity for multiple keys being depressed while thumb typing. Additionally, the keys are sized appropriate given the footprint of the messaging device and the keyboard **900**. In its preferred embodiment, the messaging device **10** measures across its face 64 mm by 89 mm, which does not leave much room for keyboard **900** and display **500**. In the preferred embodiment, keyboard **900** occupies over half of the face of the messaging device **10**.

The key shape and dimensions are also key components of the invention. In order to maximize the surface area of the key that a thumb would hit, the keys are preferably oval, and have a rho **965** defining the curvature of the key of 0.414, although values may range higher or lower. Other rho values will lead to an acceptable, but not as optimal or aesthetically pleasing shape of keys **901**. As to the key dimensions, the width **970** of the key **901** is 4.8 millimeters (**971** representing the radius of half that value, 2.4 mm) and the length (or height) **972** of the key **901** is 7 millimeters (**973** representing the radius of half that value, 3.5 mm).

Turning to one of the software features that aids in the device **10** being optimally used for thumb typing is a capitalization feature implemented via software. If a user depresses a key **901**, the operating system detects a key up event. If upon a key down event, a period of time elapses before a key up event is detected, the operating system determines that a key repeat event has occurred representing a situation where a user has continued to depress a key without releasing it. A key repeat event is then treated by application software residing in either FLASH **600** or RAM **700** as an event that requires the capitalization of the key previously depressed. This feature disables a key repeat feature and substitutes instead a capitalization feature based upon a key repeat. The timing of the key scanning to determine whether a key has been released can be set to permit a slower keyboard response or a faster keyboard response, depending upon user experience or preferences. Although the capitalization function preferably works only to change the state of a letter to a capital, it alternatively could operate to change a capital letter to a lower case letter. The actual display is changed by the application program substituting the value of the capital letter in the register that holds the value of the letter to be displayed. As alternatively implemented, the continued depressing without release of a letter key could result in a key oscillating between upper case and lower case, depending on the length of time the key is depressed.

FIG. **4** is the logic circuitry **1010** associated with thumbwheel **1000**. Thumbwheel **1000** outputs quadrature signals phase A **1021** and phase B **1022**, which are processed by D flip-flops and **1032** to present signals **1041** W_UP and **1042** W_DN to microprocessor **300**. Signals and **1042** represent, respectively, a user rolling the thumbwheel up and rolling the thumbwheel down.

Having described in detail the preferred embodiments of the present invention, including the preferred methods of operation, it is to be understood that this operation could be carried out with different elements and steps. This preferred

6

embodiment is presented only by way of example and is not meant to limit the scope of the present invention which is defined by the following claims.

What is claimed:

**1**. A handheld messaging device for wireless email that is optimally configured to facilitate user thumb-typing with thumbs, comprising:

a keyboard having a plurality of keys representing the letters of the alphabet said keyboard integral to the handheld messaging device, the plurality of keys comprising a left side set of keys and a right side set of keys, with the left side set of keys positioned left of a keyboard center and being oriented at an angle in a negative orientation, and the right side set of keys positioned right of the keyboard center and being oriented at the angle in a positive orientation; and

a display operatively connected to the keyboard;

wherein at least one key of the plurality of keys of the keyboard is placed at an angle that optimizes use substantially with thumbs pursuant to the user thumb typing.

**2**. The messaging device of claim **1**, wherein the at least one key of the plurality of keys is oblong shaped and the angle is about 20 degrees to about 70 degrees relative to vertical.

**3**. A messaging device, further comprising;

a keyboard integrated to the messaging device and having a plurality of keys representing the letters of the alphabet board integral to the messaging device, each of said plurality of keys having a shape that allows for angular orientation of the key and the plurality of keys comprising a left side set of keys positioned left of a keyboard center and a right side set of keys positioned right of the keyboard center;

indicia associated with each of the plurality of keys, wherein the indicia is oriented normal to a longitudinal axis of the device and each of the plurality of keys are oriented at an angle relative to a longitudinal axis of the device; and

a display operatively coupled to the keyboard wherein at least one key of the plurality of keys of the keyboard is oriented at an angle that optimizes use substantially with thumbs pursuant to user thumb typing.

**4**. A messaging device comprising:

a keyboard integral to the message device and having plurality of keys representing the letters of the alphabet board integral to the messaging device, each of said plurality of keys having a shape that allows for angular orientation of the key and the plurality of keys comprising a left side set of keys positioned left of a keyboard center and a right side set of keys positioned right of the keyboard center;

indicia is positioned on each of keys, wherein the indicia is oriented normal to a longitudinal axis of the device and each of the plurality of keys are oriented at an angle relative to a longitudinal axis of the device; and

a display operatively coupled to the keyboard wherein at least one key of the plurality of keys of the keyboard is oriented at an angle that optimizes use substantially with thumbs pursuant to user thumb typing.

**5**. A handheld electronic communication device, comprising:

a device housing having a left edge and a right edge;

a display; and

a keyboard having twenty-six letter keys and at least one other key,

US 7,629,964 B2

7

the letter keys being arranged in an upper row including 10 letter keys, a middle row including 9 letter keys and a lower row including 7 letter keys,

the letter keys in the upper row being distributed from adjacent the left edge to adjacent the right edge;

each letter key in the lower row being in substantial vertical alignment with a letter key in the middle row,

each letter key in the middle row being in substantial vertical alignment with a letter key in the upper row,

the keys in each of the rows being disposed on the opposite sides of a vertical reference line substantially midway between the left edge and the right edge, the keys in each of the upper and middle rows disposed such that half of the keys in each of the middle and upper rows are on each side of the vertical reference line, five letter keys in the upper row being disposed on each side of the vertical line, five letter keys in the middle row being disposed on one side of the vertical reference line and four letter keys in the middle row being disposed on the other side of the vertical reference line, and the keys in the lower row being disposed such that four letter keys are disposed on the one side of the vertical reference line and three letter keys in the lower row are disposed on the other side of the vertical reference line.

**6**. The device of claim **5** wherein at least two of the rows have the same total number of keys, and the keys in each of said two rows are distributed from adjacent the left edge across the top surface to adjacent the right edge.

**7**. The device of claim **5** wherein in each of the upper, middle and lower rows each letter key on the other side of the vertical reference line is symmetrical relative to a respective letter key on the one side of the vertical line.

**8**. The device of any one of claims **5**, **6** and **7** in which the upper row and the middle row have the same total number of keys.

**9**. The handheld device of claim **5** wherein the housing has a top surface and the display and keyboard are positioned on the top surface.

**10**. The handheld device of any one of claims **5**, **6** and **7** in which each of the letter keys is oblong.

**11**. The handheld device of any one of claims **5**, **6** and **7** in which each of the letter keys has a height greater than its width.

**12**. The handheld device of claim **5** wherein, in each of the upper, middle and lower rows, the centers of all the keys in the row other than the keys most closely adjacent the left edge and the key most adjacent the right edge are displaced from, and lie on the same side, of a straight line extending from the center of the key of the row most closely adjacent to the left edge to the center of the key most closely adjacent the right edge.

**13**. The handheld device of any of claims **5**, **6** and **7** wherein the keys in the middle row are arranged across the width of the device from adjacent the left edge to adjacent the right edge, and wherein in the middle row four letter keys and an at least one other key are positioned on the other side of the vertical reference line.

**14**. The handheld device of claim **5** including an auxiliary input device, and wherein a displacement of the auxiliary input device in one direction provides a selecting signal and a displacement in a different direction provides an executing signal.

**15**. The handheld device of claim **14** wherein the auxiliary input device is a thumbwheel that produces a first signal responsive to rolling of the thumbwheel and a second signal responsive to depressing of the thumbwheel.

8

**16**. The handheld device of any one of claims **5**, **6** and **7** in which each of the letter keys is inclined relative to the horizontal and the vertical.

**17**. The handheld device of any one of claims **5**, **6** and **7** in which each of the letter keys on the left of the vertical line is inclined at a negative angle relative to the vertical and each of the letter keys on the right of vertical line is inclined at a positive angle relative to the vertical, each of the angles being in the range of 20 to 70 degrees.

**18**. The handheld device of claim **5** including an auxiliary input, and wherein a displacement of the auxiliary input in one direction provides a selecting signal and a displacement in a different direction provides an executing signal.

**19**. A keyboard for use with a mobile communication device, the keyboard configured in a device housing having a top surfaces the top surface having a left edge and a right edge and being bisected by a vertical reference substantially midway between the left edge and the right edge,

the keyboard having twenty-six letter keys and at least one other key:

the twenty six letter keys and the at least one other key being arranged in an upper row, a middle row, and a lower row,

the letter keys in of the upper row being distributed across the top surface from adjacent the left edge to adjacent the right edge,

a letter key in the middle row being adjacent the left edge of the housing and the keys in the middle row being distributed across the top surface of the housing from adjacent the left edge to adjacent the right edge,

the keys in each of the upper, middle and lower rows being arranged so that approximately half of the keys in each of the respective rows are positioned to the left of the vertical reference and approximately half of the keys in each of the respective rows row are positioned to the right of the vertical reference, five letter keys in the upper row being disposed on each side of the vertical reference, five letter keys in the middle row being disposed on one side of the vertical reference and four letter keys in the middle row being disposed on the other side of the vertical reference, and four letter keys in the lower row being disposed on the one side of the vertical reference line and three letter keys in the lower row being disposed on the other side of the vertical reference line; and

each letter key in the lower row being substantially vertically aligned with a respective letter key in each of the upper and middle rows.

**20**. The keyboard of claim **19** wherein each of the upper and middle rows has the same total number of keys.

**21**. The keyboard of claim **19** wherein each of the letter keys is longer on one direction than in a direction orthogonal to the one direction.

**22**. The keyboard of claim **19** wherein each of the letter keys is oblong.

**23**. The keyboard of claim **19** wherein, in each of the upper, middle and lower rows, the centers of all the keys in the row other than the key most closely adjacent the left edge of the device and the key most closely adjacent the right edge of the device are displaced from, and lie on the same side, of a straight line extending from the center of the key of the row most closely adjacent to the left edge to the center of the key most closely adjacent the right edge.

US 7,629,964 B2

9

10

**24**. The keyboard of claim **19** in which at least two of the rows have the same number of total keys.

**25**. The keyboard of claim **19** wherein in each of the upper, middle and lower rows each letter key on a first side of the vertical line is symmetrical relative to a letter key on an other side of the vertical line.

**26**. The keyboard of claim **19** wherein the letter keys in each of the upper, middle and lower rows are arranged in respective arcs.

\* \* \* \* \*