# EXHIBIT C

(12) **United States Design Patent**  (10) Patent No.: **US D685,775 S**
Hofer et al. (45) Date of Patent: ** **Jul. 9, 2013**

(54) **HANDHELD ELECTRONIC DEVICE**

(71) Applicant: **Research In Motion Limited**, Waterloo (CA)

(72) Inventors: **Joseph Michael Hofer**, Kitchener (CA); **Todd Andrew Wood**, Toronto (CA); **Di Tao**, Toronto (CA); **Roman Rak**, Waterloo (CA); **Anders Fahrendorff**, Ottawa (CA); **Cortez Corley**, Waterloo (CA); **Ingve Holmung**, Toronto (CA); **Alison Phillips**, Toronto (CA)

(73) Assignee: **Research In Motion Limited**, Waterloo, Ontario (CA)

(**) Term: **14 Years**

(21) Appl. No.: **29/432,975**

(22) Filed: **Sep. 24, 2012**

Related U.S. Application Data

(63) Continuation of application No. 29/417,052, filed on Mar. 29, 2012.

(51) **LOC (9) Cl.** ................................................ **14-03**
(52) **U.S. Cl.**
    USPC ...................................................... **D14/247**
(58) Field of Classification Search
    USPC .......... D14/138 G, 138 AD, 341, 346, 138 R, D14/138 AC, 496, 203.1, 203.4, 203.7, 248, D14/218, 454, 455, 439, 247; 455/575.1, 455/556.2, 575.3, 575.4; D21/517; 379/433.01, 379/433.04; D10/65, 78, 104; D13/168
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D565,578 S | * | 4/2008 | Hofer et al. ................... | D14/455 |
| D582,906 S | * | 12/2008 | Chung ......................... | D14/247 |
| D591,742 S | * | 5/2009 | Hofer et al. ................... | D14/346 |
| D603,405 S | * | 11/2009 | Wood et al. ................... | D14/346 |
| D603,833 S | * | 11/2009 | Ho et al. ...................... | D14/138 AA |
| D606,540 S | * | 12/2009 | Liao et al. ..................... | D14/346 |
| D613,287 S | * | 4/2010 | Griffin et al. ................. | D14/346 |
| D620,493 S | * | 7/2010 | Ferrari et al. ................. | D14/455 |
| D622,723 S | * | 8/2010 | Rak et al. ..................... | D14/391 |
| D628,999 S | * | 12/2010 | Hofer et al. ................... | D14/392 |
| D633,904 S | * | 3/2011 | Nuovo et al. ................. | D14/247 |
| D634,291 S | * | 3/2011 | Wun et al. .............. | D14/138 AB |
| D637,989 S | * | 5/2011 | Pan et al. .............. | D14/138 AA |
| D644,235 S | * | 8/2011 | Leung et al. .................. | D14/456 |
| D648,301 S | * | 11/2011 | Zuffo et al. ............ | D14/138 AA |
| D649,134 S | * | 11/2011 | Lee ........................ | D14/138 AA |

(Continued)

OTHER PUBLICATIONS

BlackBerry Q10 telephone, announced Jan. 2013, [online], [site visited Mar. 19, 2013]. Available from Internet, <URL: http://www.gsmarena.com/blackberry_q10-5274.php>.*

(Continued)

*Primary Examiner* — Jeffrey D Asch

(57) **CLAIM**

We claim the ornamental design for a handheld electronic device, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of a handheld electronic device;
FIG. **2** is a front elevational view thereof;
FIG. **3** is a right elevational view thereof;
FIG. **4** is a left elevational view thereof;
FIG. **5** is a top plan view thereof; and,
FIG. **6** is a bottom plan view thereof.
The broken lines in the drawings of the handheld electronic device are for showing portions of the article and form no part of the claimed design.

**1 Claim, 4 Drawing Sheets**



U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D660,263 S | * | 5/2012 | Hofer et al. | D14/138 AA |
| D660,279 S | * | 5/2012 | Leung et al. | D14/138 AA |
| D663,309 S | * | 7/2012 | Hofer et al. | D14/455 |
| 8,232,485 B2 | * | 7/2012 | Chen et al. | 200/5 A |
| D676,410 S | * | 2/2013 | Rieseler | D14/138 AA |
| 2009/0280871 A1 | * | 11/2009 | Hofer et al. | 455/573 |
| 2011/0073454 A1 | * | 3/2011 | Chen et al. | 200/5 A |
| 2012/0203486 A1 | * | 8/2012 | Almalki et al. | 702/96 |
| 2012/0244919 A1 | * | 9/2012 | Wehrmann et al. | 455/575.5 |

OTHER PUBLICATIONS

Micromax Q80 telephone, announced Jun. 2011, [online], [site visited Mar. 19, 2013]. Available from Internet, <URL: http://www.gsmarena.com/micromax_q80-4029.php>.*

BLU Texting 2 GO telephone, announced Sep. 2010, [online], [site visited Mar. 19, 2013]. Available from Internet, <URL: http://www.gsmarena.com/blu_texting_2_go-3572.php>.*

Icemobile Apollo telephone, announced Oct. 2012, [online], [site visited Mar. 19, 2013]. Available from Internet, <URL: http://www.gsmarena.com/icemobile_apollo-5073.php>e130.*

Alcatel OT-915 telephone, announced Feb. 2012, [online], [site visited Mar. 19, 2013]. Available from Internet, <URL: http://www.gsmarena.com/alcatel_ot_915-4549.php>.*

HTC Ozone telephone, announced Mar. 2009, [online], [site visited Mar. 19, 2013]. Available from Internet, <URL: http://www.gsmarena.com/htc_ozone-2886.php>.*

Spice Mi-285 Stellar telephone, announced Jun. 2012, [online], [site visited Mar. 19, 2013]. Available from Internet, <URL: http://www.gsmarena.com/spice_mi_285_stellar-5045.php>.*

Acer beTouch E130 telephone, announced Jun. 2010, [online], [site visited Mar. 19, 2013]. Available from Internet, <URL: http://www.gsmarena.com/acer_betouch_e130-3373.php>.*

* cited by examiner



FIG.1



FIG.2



FIG.3  FIG.4



FIG.5



FIG.6