| | |
|---|---|
| 1 | OLIVIER A. TAILLIEU (SBN 206546)<br>  *o@taillieulaw.com* |
| 2 | RAFFI V. ZEROUNIAN (SBN 236388)<br>  *rz@taillieulaw.com* |
| 3 | **THE TAILLIEU LAW FIRM LLP**<br>450 N. Roxbury Drive, Suite 700 |
| 4 | Beverly Hills, CA 90210<br>Telephone: (310) 651-2440 |
| 5 | Facsimile:  (310) 651-2439 |
| 6 | Attorneys for Defendant and<br>Counter-Plaintiff TYPO PRODUCTS LLC |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACKBERRY LIMITED, a Canadian corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>TYPO PRODUCTS LLC, a Nevada limited liability company,<br><br>            Defendant. | CASE NO. 3:14-cv-00023 WHO<br><br>**STIPULATION & [PROPOSED] ORDER TO SHORTEN TIME RE TYPO'S MOTION TO STAY AND SUSPEND THE MARCH 28, 2014 PRELIMINARY INJUNCTION PENDING APPEAL OR, ALTERNATIVELY, PENDING DECISION BY FEDERAL CIRCUIT ON STAY PENDING APPEAL** |
| TYPO PRODUCTS LLC, a Nevada limited liability company,<br><br>            Counter-Plaintiff,<br><br>     v.<br><br>BLACKBERRY LIMITED, a Canadian corporation, | |

0167-1001

STIPULATION & [PROPOSED] ORDER TO SHORTEN TIME

1  Pursuant to Civil Local Rules 6-1(b) and 6-2, Plaintiff BlackBerry Limited ("BlackBerry")
2  and Defendant Typo Products, LLC ("Typo"), by and through their respective counsel, hereby
3  stipulate and respectfully request that the Court shorten the time for briefing on Typo's Motion To
4  Stay And Suspend The March 28, 2014 Preliminary Injunction Pending Appeal Or, Alternatively,
5  Pending Decision By Federal Circuit On Stay Pending Appeal ("Motion").
6  The parties declare in support of this request:
7  WHEREAS, Typo filed the Motion on March 31, 2014;
8  WHEREAS, under a traditional briefing schedule, BlackBerry would receive 14 days to
9  file an opposition and then Typo would get another 7 days to file its reply, followed by a hearing;
10  WHEREAS, Typo contends that, in light of the Court's March 28, 2014 Order Granting
11  BlackBerry's Motion for a Preliminary Injunction, it will suffer irreparable harm if the Motion
12  proceeds on a traditional briefing and hearing schedule;
13  WHEREAS, Typo and BlackBerry have agreed to shorten the briefing and hearing
14  schedule for the Motion, specifically that BlackBerry shall file its opposition to the Motion on or
15  before April 4, 2014, that Typo shall not file a reply to BlackBerry's opposition, and to ask that
16  the Court hear the Motion on April 9, 2014 along with the Motion to Dismiss and Case
17  Management Conference in this matter already set for hearing that day; and
18  WHEREAS, the stipulated shortening of the briefing and hearing schedule for the Motion
19  will not alter the date of any event or any deadline already fixed by the Court.
20  THEREFORE, pursuant to Civil Local Rules 6-1(b) and 6-2, the parties through their
21  respective counsel of record, stipulate as follows:
22  1. BlackBerry shall file its opposition to the Motion on or before April 4, 2014;
23  2. Typo shall not file a reply to BlackBerry's opposition; and
24  3. The parties respectfully request that the Court hear the Motion on April 9, 2014 along
25  with the Motion to Dismiss and Case Management Conference in this matter already
26  set for hearing that day.
27  ///
28  ///

0167-1001

1

STIPULATION & [PROPOSED] ORDER TO SHORTEN TIME

**IT IS SO STIPULATED AND AGREED.**

Dated: April 1, 2014                           Respectfully submitted:

**THE TAILLIEU LAW FIRM LLP**
OLIVIER A. TAILLIEU
RAFFI V. ZEROUNIAN

By: /s/ Olivier A. Taillieu

Attorneys for Defendant and Counter-Plaintiff TYPO PRODUCTS LLC

Dated: April 1, 2014                           Respectfully submitted:

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
JAMES R. ASPERGER
KEVIN P.B. JOHNSON
Ray R. Zado

By: /s/ Kevin P.B. Johnson

Attorneys for Plaintiff BLACKBERRY LIMITED

**[PROPOSED] ORDER**

Having considered the foregoing stipulation between Plaintiff BlackBerry Limited ("BlackBerry") and Defendant Typo Products, LLC ("Typo"), and for good cause shown,

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that BlackBerry shall file its opposition to Typo's Motion To Stay And Suspend The March 28, 2014 Preliminary Injunction Pending Appeal Or, Alternatively, Pending Decision By Federal Circuit On Stay Pending Appeal ("Motion") on or before April 4, 2014, and that Typo shall not file a reply to BlackBerry's opposition.  The Court shall hear argument on the Motion on April 9, 2004, at 2:00 p.m.

Dated: _____              _____
                                          THE HONORABLE WILLIAM H. ORRICK
                                          UNITED STATES DISTRICT JUDGE