| | |
|---|---|
| 1 | OLIVIER A. TAILLIEU (SBN 206546) |
|   |  *o@taillieulaw.com* |
| 2 | RAFFI V. ZEROUNIAN (SBN 236388) |
|   |  *rz@taillieulaw.com* |
| 3 | **THE TAILLIEU LAW FIRM LLP** |
|   | 450 N. Roxbury Drive, Suite 700 |
| 4 | Beverly Hills, CA 90210 |
|   | Telephone: (310) 651-2440 |
| 5 | Facsimile:  (310) 651-2439 |

Attorneys for Defendant and
Counter-Plaintiff TYPO PRODUCTS LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACKBERRY LIMITED, a Canadian corporation, | CASE NO. 3:14-cv-00023 WHO |
| Plaintiff, | **STIPULATION & ORDER TO SHORTEN TIME RE TYPO'S MOTION TO STAY AND SUSPEND THE MARCH 28, 2014 PRELIMINARY INJUNCTION PENDING APPEAL OR, ALTERNATIVELY, PENDING DECISION BY FEDERAL CIRCUIT ON STAY PENDING APPEAL** |
| v. | |
| TYPO PRODUCTS LLC, a Nevada limited liability company, | |
| Defendant. | |
| TYPO PRODUCTS LLC, a Nevada limited liability company, | |
| Counter-Plaintiff, | |
| v. | |
| BLACKBERRY LIMITED, a Canadian corporation, | |

0167-1001

STIPULATION & [PROPOSED] ORDER TO SHORTEN TIME

Pursuant to Civil Local Rules 6-1(b) and 6-2, Plaintiff BlackBerry Limited ("BlackBerry") and Defendant Typo Products, LLC ("Typo"), by and through their respective counsel, hereby stipulate and respectfully request that the Court shorten the time for briefing on Typo's Motion To Stay And Suspend The March 28, 2014 Preliminary Injunction Pending Appeal Or, Alternatively, Pending Decision By Federal Circuit On Stay Pending Appeal ("Motion").

The parties declare in support of this request:

WHEREAS, Typo filed the Motion on March 31, 2014;

WHEREAS, under a traditional briefing schedule, BlackBerry would receive 14 days to file an opposition and then Typo would get another 7 days to file its reply, followed by a hearing;

WHEREAS, Typo contends that, in light of the Court's March 28, 2014 Order Granting BlackBerry's Motion for a Preliminary Injunction, it will suffer irreparable harm if the Motion proceeds on a traditional briefing and hearing schedule;

WHEREAS, Typo and BlackBerry have agreed to shorten the briefing and hearing schedule for the Motion, specifically that BlackBerry shall file its opposition to the Motion on or before April 4, 2014, that Typo shall not file a reply to BlackBerry's opposition, and to ask that the Court hear the Motion on April 9, 2014 along with the Motion to Dismiss and Case Management Conference in this matter already set for hearing that day; and

WHEREAS, the stipulated shortening of the briefing and hearing schedule for the Motion will not alter the date of any event or any deadline already fixed by the Court.

THEREFORE, pursuant to Civil Local Rules 6-1(b) and 6-2, the parties through their respective counsel of record, stipulate as follows:

1. BlackBerry shall file its opposition to the Motion on or before April 4, 2014;
2. Typo shall not file a reply to BlackBerry's opposition; and
3. The parties respectfully request that the Court hear the Motion on April 9, 2014 along with the Motion to Dismiss and Case Management Conference in this matter already set for hearing that day.

///

///

0167-1001

1

STIPULATION & [PROPOSED] ORDER TO SHORTEN TIME

**IT IS SO STIPULATED AND AGREED.**

Dated: April 1, 2014                    Respectfully submitted:

                                               **THE TAILLIEU LAW FIRM LLP**
                                               OLIVIER A. TAILLIEU
                                               RAFFI V. ZEROUNIAN

By:   /s/ Olivier A. Taillieu
Attorneys for Defendant and Counter-Plaintiff
TYPO PRODUCTS LLC

Dated: April 1, 2014                    Respectfully submitted:

                                             **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
                                               JAMES R. ASPERGER
                                               KEVIN P.B. JOHNSON
                                               Ray R. Zado

By:   /s/ Kevin P.B. Johnson
Attorneys for Plaintiff BLACKBERRY LIMITED

**ORDER**

Having considered the foregoing stipulation between Plaintiff BlackBerry Limited ("BlackBerry") and Defendant Typo Products, LLC ("Typo"), and for good cause shown,

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that BlackBerry shall file its opposition to Typo's Motion To Stay And Suspend The March 28, 2014 Preliminary Injunction Pending Appeal Or, Alternatively, Pending Decision By Federal Circuit On Stay Pending Appeal ("Motion") on or before April 4, 2014, and that Typo shall not file a reply to BlackBerry's opposition.  The Court shall hear argument on the Motion on April 9, 2004, at 2:00 p.m.

Dated: April 2, 2014

THE HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

0167-1001