UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: April 30, 2014                                                    Judge:  William H. Orrick

Time: 5 minutes

Case No.      **3:14-cv-00023-WHO**
Case Name     **BlackBerry Limited v. Typo Products LLC**

Attorney for Plaintiff:     Albert B. Bedecarré
Attorney for Defendant:     Olivier A. Taillieu

Deputy Clerk:  William Noble                        FTR Recording: 9:26-9:31 a.m.

PROCEEDINGS

- Case Management Conference
- Blackberry Limited's Motion to Dismiss and Strike Certain Counterclaims and Defenses of Typo Products LLC (docket 30)

RESULT OF HEARING

Motion hearing held.

Court informed parties that it is inclined to grant the motion with leave to amend.  Defendant informed Court it will reconsider its affirmative defenses and re-file its answer.

The Court will adopt the parties scheduling order through Claim Construction with the following changes:
Tutorial:  October 22, 2014 at 9:00 a.m.
Claim Construction hearing:  October 31, 2014 at 2:00 p.m.

Court will refer the parties to a Magistrate Judge for settlement and will attempt to find a Magistrate that can conduct a conference within 30 days.  If the Court is unable to find a Magistrate with the availability, the parties may want to pursue private mediation.

1