UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BLACKBERRY LIMITED, | |
|---|---|
| Plaintiff, | Case No. 14-cv-00023-WHO |
| v. | **ORDER REGARDING BLACKBERRY'S MOTION TO SHORTEN TIME** |
| TYPO PRODUCTS LLC, | Re: Dkt. No. 74 |
| Defendant. | |

Plaintiff BlackBerry has filed a motion to shorten time for briefing and hearing on its motion for an order to show cause why defendant Typo should not be held in contempt. Dkt. No. 74. Typo has opposed the motion to shorten time. Dkt. No. 75.

Having considered the arguments of the parties and the papers submitted, the Court hereby sets the following schedule for briefing and hearing BlackBerry's contempt motion:

1. Typo's opposition brief is due August 6, 2014;

2. BlackBerry's reply brief is due August 13, 2014;

3. The Court sets a hearing on Wednesday, August 20, 2014, at 2 p.m.

**IT IS SO ORDERED**.

Dated: July 25, 2014



WILLIAM H. ORRICK
United States District Judge