Olivier A. Taillieu (SBN 206546)
Raffi V. Zerounian (SBN 236388)
THE TAILLIEU LAW FIRM LLP
450 N. Roxbury Drive, Suite 700
Beverly Hills, CA 90210
T: (310) 651-2440
F: (310) 651-2430

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACKBERRY LIMITED, a Canadian corporation<br><br>Plaintiff(s)<br><br>v.<br><br>TYPO PRODUCTS LLC, a Nevada limited liability company<br><br>Defendant(s). | CASE NUMBER:<br><br>3:14-cv-00023 WHO<br><br>**ORDER ON<br>REQUEST FOR APPROVAL OF<br>WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of Olivier A. Taillieu and Raffi V. Zerounian to be allowed to withdraw from this case **is hereby:**

☒ GRANTED    ☐ DENIED

Dated    October 21, 2014

_____
Hon. William H. Orrick
U. S. District Judge