United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACKBERRY LIMITED,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TYPO PRODUCTS LLC,<br><br>　　　　Defendant. | Case No. 14-cv-00023-WHO<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR SETTLEMENT** |

Pursuant to Local Rule 72-1, this matter is referred to Magistrate Judge Ryu for settlement. The parties shall complete a settlement conference by March 1, 2015, at Magistrate Judge Ryu's convenience.

The parties will be advised of the date, time and place of the next appearance by notice from Magistrate Judge Ryu.

**IT IS SO ORDERED.**

Dated: December 8, 2014

　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM H. ORRICK
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge