UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACKBERRY LIMITED,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TYPO PRODUCTS LLC, et al.,<br><br>　　　　Defendants. | Case No. 14-cv-00023-WHO<br><br>**ORDER SETTING BRIEFING AND HEARING SCHEDULE FOR DISCOVERY DISPUTE**<br><br>Re: Dkt. No. 143 |

The parties have filed a joint statement regarding various discovery disputes. Dkt. No. 143. BlackBerry requests additional briefing and a hearing schedule "because of the significance of these issues." *Id*. at 1. Typo denies the merits of BlackBerry's positions, but does not respond to the request for additional briefing and a hearing.

Given the number and significance of the disputes at issue, additional briefing and a hearing will be helpful. BlackBerry shall file an opening brief, not to exceed 10 pages, by January 9, 2015. Typo shall file a response, not to exceed 10 pages, by January 14, 2015. BlackBerry may file a reply, not to exceed 5 pages, by January 16, 2015. The Court will hold a hearing on the disputes at 2:00 pm on January 21, 2015.

**IT IS SO ORDERED**.

Dated: January 5, 2015

WILLIAM H. ORRICK
United States District Judge