COOPER & DUNHAM LLP
Wendy E. Miller (Bar #2323996)
Aaron P. Selikson (Bar #5123351)
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 278-0519
Email: wmiller@cooperdunham.com
aselikson@cooperdunham.com

DITTHAVONG & STEINER, P.C.
Arthur J. Steiner (Bar #189142)
44 Canal Center Plaza, Suite 322
Alexandria, VA  2314
Telephone: (703) 519-9951
Email: asteiner@dcpatent.com

SHARTSIS FRIESE LLP
Frank A. Cialone (Bar #172816)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA  94111-3598
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: fcialone@sflaw.com

Attorneys for Defendants TYPO PRODUCTS LLC and SHOW MEDIA LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BLACKBERRY LIMITED,<br><br>              Plaintiff,<br><br>     v.<br><br>TYPO PRODUCTS LLC,<br><br>and<br><br>SHOW MEDIA LLC,<br><br>              Defendants. | Case No. 3:14-cv-00023-WHO<br><br>**STATEMENT OF RECENT DECISION IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (DKT. 142)** |

1  Pursuant to Local Rule 7-3(d)(2), Defendants Typo Products LLC and Show Media LLC
2  hereby submit Teva Pharm. USA, Inc. v. Sandoz, Inc., No. 13-854 (Jan. 20, 2015), attached
3  hereto as Exhibit 1, as supplementary material in support of their Motion for Summary
4  Judgment. (Dkt. 142). This Supreme Court decision was decided subsequent to Defendants'
5  Reply on their Motion. (Dkt. 152). It is relevant to the use of extrinsic evidence in interpreting
6  patent claims and, analogously, patent disclosures when the words therein are used in their
7  ordinary meaning. Id., slip op. at 5-7, 11-13.

Dated: January 27, 2015         COOPER & DUNHAM LLP

                                */s/ Wendy E. Miller*
                                By:     Wendy E. Miller

                                Attorney for Defendants
                                TYPO PRODUCTS LLC and SHOW MEDIA LLC

- 1 -

Case No. 3:14-cv-00023-WHO        DEFENDANTS' STATEMENT OF RECENT DECISION