# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL MINUTES

| **Date:** February 4, 2015 | **Time:** 30 minutes 2:27 p.m. to 2:57 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 14-cv-00023-WHO | **Case Name:** BlackBerry Limited v. Typo Products LLC | |

**Attorney for Plaintiff:** Todd Briggs and James Asperger
**Attorney for Defendant:** Wendy Miller

**Deputy Clerk:** Jean Davis                    **Court Reporter:** FTR Recording


### PROCEEDINGS

Parties heard as to motion for partial summary judgment. Motion taken under submission; written order to follow.