COOPER & DUNHAM LLP
Wendy E. Miller (Bar #2323996)
Aaron P. Selikson (Bar # 5123351)
30 Rockefeller Plaza
New York, NY 10112
Telephone:    (212) 278-0519
Email: wmiller@cooperdunham.com
aselikson@cooperdunham.com

DITTHAVONG & STEINER, P.C.
Arthur J. Steiner (Bar #189142)
44 Canal Center Plaza, Suite 322
Alexandria VA  2314
Telephone:    (73) 519-9951
Email: ateiner@dcpatent.com

SHARTSIS FRIESE LLP
Frank A. Cialone (Bar #172816)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA  94111-3598
Telephone:    (415) 421-6500
Facsimile:    (415) 421-2922
Email: fcialone@sflaw.com

Attorneys for Defendant TYPO PRODUCTS LLC

QUINN EMANUEL URQUHART & SULLIVAN, LLP
James R. Asperger (Gar No. 83188)
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Email: jamesasperger@quinnemanuel.com

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kevin P. B. Johnson (Bar No. 177129)
Todd M. Briggs (Bar No. 209282)
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA  94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
Email: kevinjohnson@quinnemanuel.com
Email: toddbriggs@quinnemanuel.com

Attorneys for Plaintiff
BLACKBERRY LIMITED

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACKBERRY LIMITED,<br><br>    Plaintiff,<br><br>  v.<br><br>TYPO PRODUCTS LLC,<br><br>    Defendant. | Case No. 3:14-cv-00023-WHO<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR DEFENDANT, TYPO PRODUCTS LLC, TO PAY SANCTION PURSUANT TO DKT. 157**<br><br>Judge:  The Honorable William H. Orrick |

1   On February 4, 2015, the Court issued an Order Granting BlackBerry's Renewed Motion
2   for Contempt (Dkt. 157, "Order").  By that Order, Defendant Typo Products LLC ("Typo
3   Products") is required to pay a contempt sanction to Plaintiff within 45 days of the date of the
4   Order, March 21, 2015.

The parties have been engaged in court-assisted settlement discussions and, to facilitate continued discussions, the parties hereby stipulate that the deadline for Type Products to pay the contempt sanction be extended to March 31, 2015.

Dated:  March 19, 2015                         QUINN EMANUEL URQUHART &
                                               SULLIVAN LLP

                                                     */s/ Todd M. Briggs*
                                               By:         Todd M. Briggs

                                               Attorneys for Plaintiff
                                               BLACKBERRY LIMITED


Dated:  March 19, 2015                         COOPER & DUNHAM LLP

                                                     */s/ Wendy E. Miller*
                                               By:         Wendy E. Miller

                                               Attorneys for Defendant
                                               TYPO PRODUCTS LLC

- 1 -

Case No. 3:14-cv-00023-WHO

STIPULATION AND ORDER EXTENDING DEADLINE FOR DEFENDANT, TYPO PRODUCTS LLC, TO PAY SANCTION PURSUANT TO DKT. 157

## **ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I, Frank Cialone, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: March 19, 2015                                         SHARTSIS FRIESE LLP

                                                                                   */s/ Frank A. Cialone*
                                                                    By:        Frank A. Cialone

                                                                    Attorneys for Defendant
                                                                    TYPO PRODUCTS LLC

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111-3598

- 2 -

Case No. 3:14-cv-00023-WHO

STIPULATION AND ORDER EXTENDING DEADLINE FOR DEFENDANT, TYPO PRODUCTS LLC, TO PAY SANCTION PURSUANT TO DKT. 157

# ORDER

The above **STIPULATION AND ORDER EXTENDING DEADLINE FOR DEFENDANT, TYPO PRODUCTS LLC, TO PAY SANCTION PURSUANT TO DKT. 157** is approved and all parties shall comply with its provisions.

Dated: March 20, 2015

_____
The Honorable William H. Orrick
United States District Court Judge

6942158.v1