[COUNSEL LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BLACKBERRY LIMITED, a Canadian corporation,<br><br>            Plaintiff,<br><br>    vs.<br><br>TYPO PRODUCTS LLC, a Nevada limited liability company, and SHOW MEDIA LLC, a Nevada Limited Liability Company<br><br>            Defendant. | Case No. 3:14-cv-00023-WHO<br><br>**JOINT MOTION TO DISMISS** |
| BLACKBERRY LIMITED, a Canadian corporation,<br><br>            Plaintiff,<br><br>    vs.<br><br>TYPO PRODUCTS LLC; TYPO INNOVATIONS, LLC; SHOW MEDIA LLC; HALLIER INVESTMENTS, LLC, all Nevada Limited Liability Companies, and LAURENCE HALLIER, an individual,<br><br>            Defendants. | Case No. 3:15-cv-00715-WHO<br><br>**JOINT MOTION TO DISMISS** |

Pursuant to Federal Rule of Civil Procedure 41 and the confidential Settlement Agreement between Plaintiff BlackBerry Limited ("BlackBerry") and Defendants Typo Products LLC, Typo Innovations, LLC, Show Media, LLC, Hallier Investments LLC and Laurence Hallier ("Defendants"), BlackBerry and Defendants jointly move to dismiss BlackBerry's claims for relief against Defendants in these litigations with prejudice and Defendants' claims, defenses and/or counterclaims for relief against Blackberry in these litigations with prejudice. BlackBerry and Defendants will each bear their own costs, expenses and legal fees related to these claims. As part of this Joint Motion to Dismiss and in accordance with the terms of the confidential Settlement Agreement, BlackBerry and Defendants respectfully request that the Court enter the Permanent Injunction filed herewith.

DATED: June 8, 2015

Respectfully submitted,

COOPER & DUNHAM LLC

By: */s/ Wendy E. Miller*

Wendy E. Miller
Attorney for Defendants Typo Products LLC and Show Media LLC


O'MELVENY & MYERS LLP

By: */s/ Brian M. Berliner*
Brian M. Berliner
Attorney for Typo Products LLC, Typo Innovations, LLC, Show Media, LLC, Hallier Investments LLC and Laurence Hallier


QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Todd M. Briggs*
Todd M. Briggs
Attorney for Plaintiff BlackBerry Limited

## ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I, Todd M. Briggs, attest that concurrence in the filing of this document has been obtained from each of the other signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 8th day of June 2015, in Redwood Shores, California.

By:   /s/ Todd M. Briggs
Todd M. Briggs