UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BLACKBERRY LIMITED, a Canadian corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>TYPO PRODUCTS LLC, a Nevada limited liability company, and SHOW MEDIA LLC, a Nevada Limited Liability Company<br><br>    Defendant. | Case No. 3:14-cv-00023-WHO<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |
| BLACKBERRY LIMITED, a Canadian corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>TYPO PRODUCTS LLC; TYPO INNOVATIONS, LLC; SHOW MEDIA LLC; HALLIER INVESTMENTS, LLC, all Nevada Limited Liability Companies, and LAURENCE HALLIER, an individual,<br><br>    Defendants. | Case No. 3:15-cv-00715-WHO<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

1  Based on the Joint Motion To Dismiss filed by Plaintiff BlackBerry Limited ("BlackBerry") and
2  Defendants Typo Products LLC, Typo Innovations, LLC, Show Media, LLC, Hallier Investments LLC
3  and Laurence Hallier ("Defendants"), **IT IS HEREBY ORDERED THAT** all claims for relief asserted
4  by BlackBerry against Defendants in these litigations are dismissed with prejudice, and all claims,
5  defenses and/or counterclaims for relief asserted by Defendants against BlackBerry in these litigations
6  are dismissed with prejudice.  BlackBerry and Defendants will each bear their own costs, expenses and
7  legal fees related to these claims.  The Court will separately enter the Permanent Injunction filed
8  concurrently with the Joint Motion to Dismiss.

DATED: June 9, 2015

By _____
HONORABLE WILLIAM H. ORRICK
United States District Judge