UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BLACKBERRY LIMITED, a Canadian corporation,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>TYPO PRODUCTS LLC, a Nevada limited liability company, and SHOW MEDIA LLC, a Nevada Limited Liability Company<br><br>　　　　　　Defendant. | Case No. 3:14-cv-00023-WHO<br><br>**ORDER GRANTING PERMANENT INJUNCTION** |
| BLACKBERRY LIMITED, a Canadian corporation,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>TYPO PRODUCTS LLC; TYPO INNOVATIONS, LLC; SHOW MEDIA LLC; HALLIER INVESTMENTS, LLC, all Nevada Limited Liability Companies, and LAURENCE HALLIER, an individual,<br><br>　　　　　　Defendants. | Case No. 3:15-cv-00715-WHO<br><br>**ORDER GRANTING PERMANENT INJUNCTION** |

Pursuant to the confidential Settlement Agreement between Plaintiff BlackBerry Limited ("BlackBerry") and Defendants Typo Products LLC, Typo Innovations, LLC, Show Media, LLC, Hallier Investments LLC and Laurence Hallier ("Defendants") having an Effective Date of May 28, 2015 and good cause appearing, **IT IS HEREBY ORDERED THAT**:

Defendants and their officers, agents, affiliates and employees, and all those persons acting in concert or participation with them and who receive actual notice of this patent injunction are

permanently enjoined from making, using, offering to sell, selling, marketing, promoting, or distributing anywhere in the world any keyboards, or any products utilizing or incorporating keyboards, that are no more than colorably different from any Typo 1 or Typo 2 keyboards and that infringe U.S. Patent Nos. 7,629,964, 8,162,552, 8,493,322, 8,658,925, 8,431,849, 7,414,565, or D685,775.

Defendants and their officers, agents, affiliates, and employees and all those persons acting in concert or participation with them and who receive actual notice of this trade dress injunction are permanently enjoined from making, using, offering to sell, selling, marketing, promoting, or distributing anywhere in the world any keyboards or any products that are no more than colorably different from the trade dress described below:

- a keyboard with an overall symmetrical design around the vertical center line, comprising several horizontal dividing bars above rows of sculpted keys, the last of which is rounded on the bottom edge;

- several horizontal bars in contrasting color and finish set above horizontal rows of keys;

- several top rows of roughly square shaped keys having little horizontal space between them;

- a bottom row of roughly rectangular shaped keys having curved bottoms edges and little horizontal space between them;

- keys with planar areas away from the vertical center line of the keyboard and sculpted curves closer to the center line;

- one larger rectangular key in the center of the bottom row having a u-shaped planar area; and

- keys having distinct lettering or graphical icons printed on the surface.

DATED: June 9, 2015

By _____
HONORABLE WILLIAM H. ORRICK
United States District Judge